IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RESOLUTE FP AUGUSTA, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CV 117-147 |
| SFC CONTRACT SERVICES OF GEORGIA, LLC, and ALL-SAFE INDUSTRIAL SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Having reviewed the Consent Motion for In Camera Review filed by Defendant All-Safe Industrial Services, Inc. and Plaintiff Resolute FP August LLC, the Court hereby **GRANTS** the motion. (Doc. no. 38.) The Court orders Plaintiff to file the previously identified documents under seal for the Court's review within seven days of the date of entry of this Order. Plaintiff shall not be deemed to have waived any privilege by virtue of furnishing these documents to the Court for *in camera* review.

SO ORDERED this 15th day of August, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA