IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RESOLUTE FP AUGUSTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-147 |
| | ) | |
| | ) | |
| SFC CONTRACT SERVICES OF | ) | |
| GEORGIA, LLC, and ALL-SAFE | ) | |
| INDUSTRIAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is the parties' request for *in camera* review of witness interview notes taken by Brian Norris soon after the incident in question. (Doc. nos. 38, 39, 40.) During the July 18, 2018 teleconference, the parties discussed Mr. Norris's witness interview notes which Plaintiff withheld as work product. (Doc. no. 37.) Defendants argued the interview notes may provide answers to questions the interviewees could not remember by the time of their depositions. On August 10, 2018, the parties filed a consent motion for *in camera* review of the interview notes. (Doc. no. 38.) On August 15, 2018, the Court granted the motion and directed Plaintiff to file the notes with the Court to determine whether the notes contained the answers Defendants sought. (Doc. no. 39.) On August 21, 2018, Plaintiff responded to the Court's order and submitted the withheld notes to the Court under seal. (Doc. no. 40.) Having reviewed the interview notes thoroughly, the Court could not

find instances when the interview notes provided answers to questions the interviewees could not answer at their depositions. Therefore, Plaintiff shall not be required to produce the interview notes.

SO ORDERED this 18th day of September, 2018, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA