IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RESOLUTE FP AUGUSTA, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-147 |
| SFC CONTRACT SERVICES OF GEORGIA, LLC and ALL-SAFE INDUSTRIAL SERVICES, INC., | * | |
| Defendants. | * | |

# ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 76.) All Parties signed the voluntary dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a) and (c).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (Doc. 1) and Defendant All-Safe Industrial Services, Inc.'s Counterclaim (Doc. 13) are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA